# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | | NO. 07-733 |
| v. | : | |
| | | CIVIL ACTION |
| OSWELL MCGHEE | : | NO. 13-6263 |

## ORDER

**AND NOW**, this 20th day of June, 2014, for the reasons stated in the foregoing Memorandum, the defendant's petition for post-conviction relief under 28 U.S.C. § 2255 is **DENIED**.

There are no grounds for appellate review and a certificate of appealability is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\07-733 US v. McGhee\07cr733.order.2255.doc